In the Matter of the Claim of BETTY KETCHAM, Respondent, against HOTEL HUNTINGTON et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court (ante, p. 889), handed down June 9, 1959, amended to read as follows: Award reversed and claim remitted, with costs against the Workmen's Compensation Board in favor of the appellants. Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ., concur.

In the Matter of the Claim of MONA CARLSON, Respondent, against SOLOMON R. GUGGENHEIM FOUNDATION et al., Appellants, and HILLA RIBANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court (ante, p. 892), handed down June 9, 1959, amended by eliminating costs to the Workmen's Compensation Board and instead thereof to award costs to the respondent-carrier. Foster, P. J., Bergan, Coon, Herlihy and Reynolds, JJ., concur.

In the Matter of ALEXANDER LEAVITT, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Application for an order staying the execution of the order and determination of the Board of Regents pending the perfection and argument of the appeal. Application granted upon condition that the appeal be perfected and be ready for argument at the September 1959 Term of this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of COY HERMAN, Respondent, against RINGLING BROTHERS BARNUM AND BAILEY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, file and serve record and brief on or before August 1, 1959 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

HAROLD KNISKERN, Respondent, v. STUART BAKER, Appellant.— Application for leave to add the above appeal to the calendar for the current term of this court. Application granted, upon stipulation. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

ELLA KILCOIN et al., Appellants, v. SUNNY COUNTRYMAN, Respondent. — Motion for an order requiring respondent to file certain records, which are inadequately described, denied, without costs and without prejudice to a renewal upon the argument of the appeal, provided an appeal is properly before this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of FRANK J. MUELLER, Respondent, against COUNTY OF WESTCHESTER et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for an order permitting the appellants to open their default and to vacate the order of this court dismissing the appeal. Motion granted, without costs, upon condition that appellants file note of issue, perfect the record on appeal on or before July 1, 1959 and are ready for argument at the September Term of this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.